UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

vs.                                          Cr 04-88 RHK
                                              Cr 04-140 RHK

Joshua Nathan Linsk,

        Defendant.

**NOTICE OF SENTENCING**

A SENTENCING is scheduled for December 10, 2004, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

November 30, 2004

                                              RICHARD D. SLETTEN
                                              Clerk of U.S. District Court

                                              <u>s/Deborah Siebrecht</u>
                                              Deborah Siebrecht, Deputy Clerk
                                              651-848-1166

cc: All Counsel